No. 96–8516. BOUSLEY v. BROOKS, WARDEN. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, November 13, 1997. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, December 15, 1997. A reply brief, if any, is to be

filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, January 5, 1998. This Court's Rule 29.2 does not apply.